

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00385-CV

| | | |
|---|---|---|
| Ronald Harden | § | From the 362nd District Court |
| | § | of Denton County (2011-41013-362) |
| v. | | |
| | § | October 31, 2013 |
| Shan Merriman | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in some of the trial court's order. The order is modified to delete the sanctions award to Shan Merriman. It is ordered that the judgment of the trial court is affirmed as modified.

It is further ordered that appellant Ronald Harden shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _____
Chief Justice Terrie Livingston